

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johannah Danielle Warren | Civil Action No.  25-cv-02596-BJC-DDL |
| **Plaintiff,** | |
| **V.** | |
| Frank Bisignano Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Final judgment is entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

**Date:**        4/16/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy